**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LILIT GRIGORYAN,<br>Petitioner,<br>v.<br>MARKWAYNE MULLIN, ET. AL.,<br>Respondents. | Case No. EDCV 26-1382-MCS (AS)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRTE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records herein, the attached Report and Recommendation of United States Magistrate Judge to which no objections were filed. Accordingly, the Court concurs with and accepts the findings and conclusions of the Magistrate Judge.

**IT IS ORDERED** that Judgment be entered (1) dismissing the Petition without prejudice as moot; and (2) dissolving the preliminary injunction entered on April 2, 2026 (Dkt. No. 10).

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order, the Magistrate Judge's Report and Recommendation and the Judgment herein on Petitioner and counsel for Respondent.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: October 16, 2026

MARK C. SCARSI
UNITED STATES DISTRICT JUDGE