JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LILIT GRIGORYAN,<br>Petitioner,<br>v.<br>MARKWAYNE MULLIN, ET. AL.,<br>Respondents. | Case No. EDCV 26-1382-MCS (AS)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

**IT IS ADJUDGED** that the Petition is DISMISSED.

DATED: October 16, 2026

Mark C. Scarsi

MARK C. SCARSI
UNITED STATES DISTRICT JUDGE